Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Ohio**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Tech Ready Mix, Inc.** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **TRM Construction Management Services, LLC** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 7 – 3 2 9 8 1 5 6** |

**4. Debtor's address**

**Principal place of business**

**7509 Rollingbrook Trl**
Number       Street

**Solon, OH 44139-5155**
City                                  State       ZIP Code

**Cuyahoga**
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
City                                  State       ZIP Code

**Location of principal assets, if different from principal place of business**

**3203 Harvard Ave**
Number       Street

**Newburgh Hts, OH 44105-3065**
City                                  State       ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **Techreadymix.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **3**  **2**  **7**  **3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

        District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                    MM / DD / YYYY

       Case number, if known _____

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 2 of 106

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number        Street<br><br>_____<br><br>_____<br>City                      State      ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.  Insurance agency _____<br>Contact name _____<br>Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☑ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __02/02/2026__
MM/ DD/ YYYY

**X** __/s/ Mark Perkins__                 __Mark Perkins__
Signature of authorized representative of debtor      Printed name

Title       __President__

**18. Signature of attorney**

**X** __/s/ Frederic P Schwieg__    Date __02/02/2026__
Signature of attorney for debtor         MM/ DD/ YYYY

__Frederic P Schwieg__
Printed name

__Frederic P. Schwieg Attorney at Law__
Firm name

__19885 Detroit Rd #239__
Number      Street

__Rocky River__       __OH__    __44116__
City         State    ZIP Code

_____    __fschwieg@schwieglaw.com__
Contact phone        Email address

__0030418__           __OH__
Bar number        State

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 4 of 106

Fill in this information to identify the case:

Debtor Name  **Tech Ready Mix, Inc.**

United States Bankruptcy Court for the:   **Northern**  District of  **Ohio**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Chase Bank** | **Checking account** | **7 3 7 6** | $278.40 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$278.40**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor __Tech Ready Mix, Inc.__
Name
Case number *(if known)* _____

7.2 _____ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____ _____

   8.2 _____ _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**     Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =..... ➡ _____
    
    face amount / doubtful or uncollectible accounts

    11b. Over 90 days old: **$2,121,332.08** - **$225,423.89** =..... ➡ **$1,895,908.19**
    
    face amount / doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   **$1,895,908.19**

---

**Part 4:**     Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____ _____ _____

    14.2 _____ _____ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. _____ _____ _____ _____

    15.2. _____ _____ _____ _____

Official Form 206A/B     **Schedule A/B: Assets — Real and Personal Property**     page **2**

26-10413-jps   Doc 1   FILED 02/02/26   ENTERED 02/02/26 17:07:26   Page 6 of 106

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____ _____ _____

    16.2 _____ _____ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                    [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.
_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Equipment See attached List** | unknown | | $280,164.00 |
| | **Caterpillar 316FL Excavator, Bucket and Coupler** | unknown | | $15,000.00 |
| | **Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042** | unknown | | $10,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | $305,164.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2022 International Mixer /** VIN: **3HTEMTZT2NN553260** | unknown | | $130,000.00 |
| 47.2 **2022 International Mixer /** VIN: **3HTEMTZT6NN553262** | unknown | | $130,000.00 |

| | | |
|---|---|---|
| 47.3 **2006 Sterling Mixer / VIN: 2FZHAZDE26AW01727** | unknown | $20,000.00 |
| 47.4 **2015 Kenworth Mixer / VIN: 1NKWL70X9FJ456071** | unknown | $48,000.00 |
| 47.5 **2015 Kenworth Mixer / VIN: 1NKWLX0FJ456072** | unknown | $48,000.00 |
| 47.6 **2016 Freightliner Light Duty / VIN: 3ALHG3DV9GDHD1732** | unknown | $40,000.00 |
| 47.7 **2024 Peterbuilt Mixer / VIN: 1NPCXPEX5RD682881** | unknown | $140,000.00 |
| 47.8 **2005 Volvo Mixer** | unknown | $15,000.00 |
| 47.9 **2023 Western Star Mixer / VIN: 5KKMBPFMORPVC2754** | unknown | $209,000.00 |
| 47.10 **2019 Mack Mixer / VIN: 1M2GR2GCOKM007523** | unknown | $110,000.00 |
| 47.11 **2019 Mack Mixer / VIN: 1M2GR2GC2KM007524** | unknown | $110,000.00 |
| 47.12 **2019 Mack Mixer / VIN: 1M2GR2GC2KM007525** | unknown | $110,000.00 |
| 47.13 **Volvo Dump Truck** | unknown | unknown |
| 47.14 **Ford Van** | unknown | unknown |
| 47.15 **Unknown Water Truck** | unknown | unknown |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.    $1,110,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **House and Lot /** 7016 E Sunview Dr<br>**Lksid Marblhd, OH 43440-9834** | Fee Simple | unknown | | $1,500,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $1,500,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| Techreadymix.com | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

    Description (include name of obligor)

    | **Promissory Note From McTech Corp. dated December 31, 2019 in the amount of $2,686,435.33** | **unknown** <br> Total face amount | – | **unknown** <br> doubtful or uncollectible amount | = ➜ | **unknown** |
    | --- | --- | --- | --- | --- | --- |

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    | **ERC- Value Estimated** | Tax year **2021** | **$860,000.00** |
    | --- | --- | --- |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **See attached List face amount $2.2M**                               **unknown**

    Nature of claim      **See attached list**

    Amount requested        **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **Houston Legal Counsel IOLTA** | $78,929.68 |

Nature of claim    **Funds Held for Debtor**

Amount requested    _____**unknown**_____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $938,929.68 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $278.40 | | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | | | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $1,895,908.19 | | |
| 83. **Investments.** _Copy line 17, Part 4._ | | | |
| 84. **Inventory.** _Copy line 23, Part 5._ | | | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $305,164.00 | | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $1,110,000.00 | | |
| 88. **Real property.** _Copy line 56, Part 9_...................................................➡ | | | $1,500,000.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | unknown | | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $938,929.68 | | |
| 91. **Total.** _Add lines 80 through 90 for each column_.....................91a. | $4,250,280.27 | + 91b. | $1,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... | | | $5,750,280.27 |

| | | | |
|---|---|---|---|
| | Kaishan KRSD Series Air Compressor | | Crayton |
| | Blower for Plant | | Crayton |
| | Conveyor Belt | | Crayton |
| | Compressor/Receiver/Filter | | Crayton |
| | D&W Diesel Blower | | Crayton |
| | Welding Machine | | Crayton |
| | Concrete Forms | | Crayton |
| | Alar Auto-Vac 650-C | | Crayton |
| | Power Pack Conveyor | | Crayton |
| | LPR-8 Blower Fan | | Crayton |
| | LPR-8 Blower Fan | | Crayton |
| | 30' x 72' Fabric Shelter | | Crayton |
| | Rusty Pig | | Crayton |
| | Belgrade Silos (2) | | Crayton |
| | All Coffin Blocks | | Crayton |
| | Test Equipment | | Crayton |
| | Enviroport and Building | | Crayton |
| | Chiller and Storage Shed Gray Box Trailer | | Crayton |
| | Propane Safety Box | | Crayton |
| | Truck Parts | | Crayton |
| | Lincoln Electric Ranger Generator | | Crayton |
| | Water Heater - Pearson _-20-2-25W 20,000 gallon with two 3.5 million BTU burners/ Serial No. J07013 | | Copley* |
| | | | |
| | | | |
| | | | |

**Unless otherwise noted, all equipment is located at 3203 Harvard Ave, Newburgh Heights, OH 44105**

| | | | |
|---|---|---|---|
| * Crayton refers to 5000 Crayton Ave, Cleveland, Ohio 44104 | | | |
| ** Copley refers to 1744 Copley Rd, Akron, OH 44320 | | | |

## TECH READY MIX - Claims Against Third Parties

| Party | Description of Claim | Amount of Claim |
|---|---|---|
| Nosan Trucking | Breach of Contract, Conspiracy, Fraud, Civil Theft | $500,000 plus punitive damages and attorneys fees |
| C.A.J. Companies, Inc. | Replevin, Conspiracy, Fraud, Civil Theft | $500,000 plus punitive damages and attorneys fees |
| Anthony Cifani | Breach of Contract, Conspiracy, Fraud, Civil Theft | $500,000 plus punitive damages and attorneys fees |
| Trans Lease, Inc. | Conspiracy, Fraud, Civil Theft | TBD |
| Calabrese & Associates | Malpractice, Breach of Fiduciary Duty | Over $25,000.00 |
| Melissa Haslage Trucking | Disputed Satisfaction of Judgment | N/A |
| Forli Construction Holdings, LLC | Declaratory Judgment Action to Void Subscription Agreement for stock acquisition | N/A |
| J.J.J. Properties, LLC | Replevin | N/A |
| Cleveland Concrete Construction, Inc. | Breach of Contract, Unjust Enrichment. | $667,505.97 |
| McCune Company LLC | Judgment | $20,733.69 |
| Artcrete LTD | Breach of Contract, Unjust Enrichment. | $10,644.74 |
| Karvo Companies, Inc. dba Karvo Paving Company | Breach of Contract, Unjust Enrichment. | $43,308.63 |

Fill in this information to identify the case:

Debtor name    **Tech Ready Mix, Inc.**

United States Bankruptcy Court for the:    **Northern**    District of    **Ohio**
                                             (State)

Case number (if known):

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** | Creditor's name

**Alliance Prime Associates, Inc.**

Creditor's mailing address

**200 Park Ave Suite 400**

**Beachwood, OH 44122**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 International Mixer, 2022 International Mixer

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | **$262,000.00** | **$260,000.00** |

**Remarks:** Assignee of Auxillor

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$4,659,052.02**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**   **Creditor's name**

**BMT Capital Group, Inc. (MCA)**

**Creditor's mailing address**

**492 Cedar Lane Suite 535**

**Teaneck, NJ 07666**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☑ No.   Specify each creditor, including this creditor, and its relative priority.

           **See continuation page.**

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042, Caterpillar 316FL Excavator, Bucket and Coupler, Equipment See attached List, Hitachi ZW310 Wheel Loader, FRC- Value Estimated

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **$648,250.00**

Column B: **$3,061,072.19**

| Debtor | **Tech Ready Mix, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**DashAdvance LLC**

Creditor's mailing address

**1274 49th St Pmb 665**

**Brooklyn, NY 11219-3011**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account _ _ _ _ _ _ _ _
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Remarks:** MCA

Describe debtor's property that is subject to a lien

Accounts receivable over 90 days, Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042, Caterpillar 316FL Excavator, Bucket and Coupler, Equipment See attached List, Hitachi ZW310 Wheel Loader

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**$468,285.00**      **$2,201,072.19**

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **3** of **15**

| Debtor | **Tech Ready Mix, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**DashAdvance LLC**

Creditor's mailing address

**1274 49th St Pmb 665**

**Brooklyn, NY 11219-3011**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Remarks:** MCA

Describe debtor's property that is subject to a lien

Accounts receivable over 90 days, Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042, Caterpillar 316FL Excavator, Bucket and Coupler, Equipment See attached List, Hitachi ZW310 Wheel Loader

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**$468,285.00**      **$2,201,072.19**

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **3** of **15**

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 19 of 106

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |

**2.4**   Creditor's name

**Equify Financial LLC**

Creditor's mailing address

**777 Main Street Suite 3900**

**Fort Worth, TX 76102-0000**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

     ☑ No. Specify each creditor, including this creditor, and its relative priority.

         For Caterpillar 316FL Excavator, Bucket and Coupler: **1) Equify Financial LLC**; 2) US Small Business Administration; 3) Travelers Casualty and Surety; 4) Fox Funding Group LLC; 5) BMT Capital Group, Inc. (MCA); 6) DashAdvance LLC; 7) Skyline Business Capital LLC (MCA); For Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042: **1) Equify Financial LLC**; 2) US Small Business Administration; 3) Travelers Casualty and Surety; 4) Fox Funding Group LLC; 5) BMT Capital Group, Inc. (MCA); 6) DashAdvance LLC; 7) Skyline Business Capital LLC (MCA)

     ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2006 Sterling Mixer, 2015 Kenworth Mixer, 2015 Kenworth Mixer, 2016 Freightliner Light Duty, 2024 Peterbuilt Mixer, 2005 Volvo Mixer, Caterpillar 316FL Excavator, Bucket and Coupler, Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$428,294.76**

Column B: **$336,000.00**

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page __4__ of __15__

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 20 of 106

Debtor   **Tech Ready Mix, Inc.**                                    Case number (if known) _____
         ─────────────────────────────────────
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**First Citizens Bank (CIT Bank, N.A.)**

**Creditor's mailing address**

**10201 Centurion Parkway N . #100**

**Jacksonville, FL 32256**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account**   __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Mack Mixer, 2019 Mack Mixer, 2019 Mack Mixer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$87,737.95**

Column B: **$330,000.00**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** Creditor's name

**Fox Funding Group LLC**

Creditor's mailing address

**803 South 21st Avenue**

**Hollywood, FL 33020**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
      relative priority?

   ☐ No.  Specify each creditor, including
          this creditor, and its relative
          priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors
          is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, Bobcat E50 RS
Compact Hydraulic Excavator Serial No. B4GP18042,
Hitachi ZW310 Wheel Loader, Equipment See attached
List, Caterpillar 316FL Excavator, Bucket and Coupler,
ERC- Value Estimated

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **$57,927.00**

Column B: **$3,061,072.19**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** Creditor's name

**Ottawa County Treasurer**

Creditor's mailing address

**315 Madison St #201**

_____

**Port Clinton, OH 43452**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　　**1) Ottawa County Treasurer**; 2) Perk Company, Inc.; 3) US Small Business Administration

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
House and Lot

Describe the lien

**Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,682.31      $1,500,000.00

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** Creditor's name

**Perk Company, Inc.**

**Creditor's mailing address**

**Bldg. A**

**3470 Carnegie Ave. Suite 301**

**Cleveland, OH 44115**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __**2.7**__

**Describe debtor's property that is subject to a lien**
House and Lot

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$695,000.00**

Column B: **$1,500,000.00**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9** Creditor's name

**Priority Capital / Blue Bridge Financial**

Describe debtor's property that is subject to a lien

2023 Western Star Mixer

$258,000.00     $209,000.00

**Describe the lien**

_____

Creditor's mailing address

**Two Fountain Square**

**11921 Freedom Drive Suite 1130**

**Reston, VA 20190**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

_____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** Creditor's name

  **Skyline Business Capital LLC (MCA)**

**Creditor's mailing address**

  **Law Off. of Florence Zabokritsky**

  **10202 Metropolitan Ave Ste 2**

  **Forest Hills, NY 11375-6700**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.2__

**Describe debtor's property that is subject to a lien**

<u>Accounts receivable over 90 days, Caterpillar 316FL Excavator, Bucket and Coupler, Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042, Equipment See attached List, Hitachi ZW310 Wheel Loader, ERC- Value Estimated</u>

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

                                                     **$721,875.00**       **$3,061,072.19**

26-10413-jps   Doc 1   FILED 02/02/26   ENTERED 02/02/26 17:07:26   Page 26 of 106

| Part 1: | Additional Page | Column A | Column B |
|---------|----------------|----------|----------|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.11  Creditor's name**

**Travelers Casualty and Surety**

**Creditor's mailing address**

**Chief Legal Officer**

**1 Tower Sq**

**Hartford, CT 06183-0001**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

   **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042, Caterpillar 316FL Excavator, Bucket and Coupler, Equipment See attached List, Hitachi ZW310 Wheel Loader, Promissory Note From McTech Corp. dated December 31, 2019 in the amount of $2,686,435.33, ERC- Value Estimated

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Column A:** $425,000.00

**Column B:** $3,061,072.19

Debtor **Tech Ready Mix, Inc.**

Name

Case number (if known) _____

## Part 1: Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

**US Small Business Administration**

**Creditor's mailing address**

**2 North 20th Street Suite 320**

**Birmingham, AL 35203**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

  ☑ Yes. The relative priority of creditors is specified on lines **2.11, 2.2, 2.7**

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, House and Lot, Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4GP18042, Caterpillar 316FL Excavator, Bucket and Coupler, Equipment See attached List, Hitachi ZW310 Wheel Loader, Promissory Note From McTech Corp. dated December 31, 2019 in the amount of $2,686,435.33, ERC- Value Estimated

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $600,000.00 | $4,561,072.19 |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| **2.2** | Creditor's name | **Specify each creditor, including this creditor, and its relative priority.** |
|---------|-----------------|----------------------------------------------------------------------------|
| | **BMT Capital Group, Inc. (MCA)** | For Accounts receivable over 90 days: 1) US Small Business Administration; 2) Travelers Casualty and Surety; 3) Fox Funding Group LLC; **4) BMT Capital Group, Inc. (MCA)**; 5) DashAdvance LLC; 6) Skyline Business Capital LLC (MCA); For Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4G P18042: 1) Equify Financial LLC; 2) US Small Business Administration; 3) Travelers Casualty and Surety; 4) Fox Funding Group LLC; **5) BMT Capital Group, Inc. (MCA)**; 6) DashAdvance LLC; 7) Skyline Business Capital LLC (MCA); For Caterpillar 316FL Excavator, Bucket and Coupler: 1) Equify Financial LLC; 2) US Small Business Administration; 3) Travelers Casualty and Surety; 4) Fox Funding Group LLC; **5) BMT Capital Group, Inc. (MCA)**; 6) DashAdvance LLC; 7) Skyline Business Capital LLC (MCA); For Equipment See attached List: 1) US Small Business Administration; 2) Travelers Casualty and Surety; 3) Fox Funding Group LLC; **4) BMT Capital Group, Inc. (MCA)**; 5) DashAdvance LLC; 6) Skyline Business Capital LLC (MCA); For Hitachi ZW310 Wheel Loader: 1) US Small Business Administration; 2) Travelers Casualty and Surety; 3) Fox Funding Group LLC; **4) BMT Capital Group, Inc. (MCA)**; 5) DashAdvance LLC; 6) Skyline Business Capital LLC (MCA); For ERC- Value Estimated: 1) US Small Business Administration; **2) BMT Capital Group, Inc. (MCA)**; 3) Fox Funding Group LLC; 4) Skyline Business Capital LLC (MCA); 5) Travelers Casualty and Surety |

| **2.11** | Creditor's name | **Specify each creditor, including this creditor, and its relative priority.** |
|----------|-----------------|----------------------------------------------------------------------------|
| | **Travelers Casualty and Surety** | For Accounts receivable over 90 days: 1) US Small Business Administration; **2) Travelers Casualty and Surety**; 3) Fox Funding Group LLC; 4) BMT Capital Group, Inc. (MCA); 5) DashAdvance LLC; 6) Skyline Business Capital LLC (MCA); For Bobcat E50 RS Compact Hydraulic Excavator Serial No. B4G P18042: 1) Equify Financial LLC; 2) US Small Business Administration; **3) Travelers Casualty and Surety**; 4) Fox Funding Group LLC; 5) BMT Capital Group, Inc. (MCA); 6) DashAdvance LLC; 7) Skyline Business Capital LLC (MCA); For Caterpillar 316FL Excavator, Bucket and Coupler: 1) Equify Financial LLC; 2) US Small Business Administration; **3) Travelers Casualty and Surety**; 4) Fox Funding Group, Inc. (MCA); 6) DashAdvance LLC; 7) Skyline Business Capital LLC (MCA); For Equipment See attached List: 1) US Small Business Administration; **2) Travelers Casualty and Surety**; 3) Fox Funding Group LLC; 4) BMT Capital Group, Inc. (MCA); 5) DashAdvance LLC; 6) Skyline Business Capital LLC (MCA); For Hitachi ZW310 Wheel Loader: 1) US Small Business Administration; **2) Travelers Casualty and Surety**; 3) Fox Funding Group LLC; 4) BMT Capital Group, Inc. (MCA); 5) DashAdvance LLC; 6) Skyline Business Capital LLC (MCA); For Promissory Note From McTech Corp. dated December 31, 2019 in the amount of $2,686,435.33: 1) US Small Business Administration; **2) Travelers Casualty and Surety**; For ERC- Value Estimated: 1) US Small Business Administration; 2) BMT Capital Group, Inc. (MCA); 3) Fox Funding Group LLC; 4) Skyline Business Capital LLC (MCA); **5) Travelers Casualty and Surety** |

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 29 of 106

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| **Small Business Administration**<br>**District Counsel**<br>**1350 Euclid Ave Ste 211**<br>**Cleveland, OH 44115-1815** | Line 2. **12** | __ __ __ __ |
| **Attorney General of the United States**<br>**Main Justice Building**<br>**10th & Constitution Avenue, N.W.**<br>**Washington, DC 20530** | Line 2. **12** | __ __ __ __ |
| **Office of the United States Attorney**<br>**Attn: Bankruptcy Section**<br>**801 W Superior Ave Ste 400**<br>**Cleveland, OH 44113-1852** | Line 2. **12** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Tech Ready Mix, Inc.**

United States Bankruptcy Court for the:

**Northern District of Ohio**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

### Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,800.00** | **$17,150.00** |
|---|---|---|---|---|
| | **Mark Perkins** | ☐ Contingent | | |
| | **7509 Rollingbrook Trl** | ☐ Unliquidated | | |
| | **Solon, OH 44139-5155** | ☐ Disputed | | |
| | Date or dates debt was incurred | **Basis for the Claim:** | | |
| | _____ | **Unpaid Wages** | | |
| | Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | | |

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |
|---|---|---|---|---|
| | _____ | ☐ Contingent | | |
| | _____ | ☐ Unliquidated | | |
| | _____ | ☐ Disputed | | |
| | Date or dates debt was incurred | **Basis for the claim:** | | |
| | _____ | _____ | | |
| | Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**ABC Rental**

**6514 Pearl Rd**

**Cleveland, OH 44130**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,058.40**

**3.2** Nonpriority creditor's name and mailing address

**Abel Truck Parts**

**6900 Granger Road**

**Independence, OH 44131**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,564.91**

**3.3** Nonpriority creditor's name and mailing address

**Accolade**

**Northwest Registered Agent Service, Inc.**

**6545 Market Ave N Suite 100**

**North Canton, OH 44721**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

**3.4** Nonpriority creditor's name and mailing address

**Action Door**

**201 Granger Rd**

**Brooklyn Heights, OH 44131**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,250.00**

**Part 2:** Additional Page

---

**3.5**  Nonpriority creditor's name and mailing address

ADMAR Construction Equipment

National Registered Agents, Inc.

4400 Easton Commons Way Suite 125

Columbus, OH 43219

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,028.35

---

**3.6**  Nonpriority creditor's name and mailing address

Air Rite Service Supply, Inc.

1290 West 117th

Lakewood, OH 44107

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$948.18

---

**3.7**  Nonpriority creditor's name and mailing address

Airgas USA, LLC

CT Corporation System

4400 Easton Commons Way Suite 125

Columbus, OH 43219

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,392.91

---

**3.8**  Nonpriority creditor's name and mailing address

American Center for Economic Equality

3715 Warrensville Center Rd Apt 520

Shaker Hts, OH 44122-6371

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$750.00

---

## Part 2: Additional Page

| | |
|---|---|
| **3.9** | Nonpriority creditor's name and mailing address |

**Nonpriority creditor's name and mailing address**

__American Express__

__CT Corporation System__

__4400 Easton Commons Way Suite 125__

__Columbus, OH 43219__

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,377.05

---

**3.10** **Nonpriority creditor's name and mailing address**

__APO Pumps & Compressors, Inc.__

__CT Corporation System__

__4400 Easton Commons Way Suite 125__

__Columbus, OH 43219__

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,685.33

---

**3.11** **Nonpriority creditor's name and mailing address**

__Argos__

__410 Oberlin Ave, SW Massillon__

__Massillon, OH 44647__

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$628,000.00

---

**3.12** **Nonpriority creditor's name and mailing address**

__Arms Trucking Co.__

__14818 Mayfield Rd__

__Huntsburg, OH 44046__

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,199.55

| Part 2: | Additional Page |
| --- | --- |

**3.13** Nonpriority creditor's name and mailing address

**Ascentium**

**Corporation Service Company**

**1160 Dublin Road Suite 400**

**Columbus, OH 43215**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$93,103.00

---

**3.14** Nonpriority creditor's name and mailing address

**August Mack Environmental**

**Brandon Lewis**

**7830 North Central Drive Suite B**

**Lewis Center, OH 43035**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,100.00

---

**3.15** Nonpriority creditor's name and mailing address

**Barrier One Concrete Admixtures**

**640 Garden Commerce Pkwy**

**Winter Garden, FL 34787**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$21,450.00

---

**3.16** Nonpriority creditor's name and mailing address

**Batch Plant Equipment LTD**

**18195 Ringgold Sourther Rd**

**Circleville, OH 43113**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,604.25

---

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 36 of 106

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$109.00** |

**3.17** Nonpriority creditor's name and mailing address

**Bayside Comfort, Inc.**

**Neil McKown**

**10 Mansfield Ave.**

**Shelby, OH 44875**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is: $109.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**BEI Supply and Rental**

**Kubicki Enterprises, Inc.**

**536 East Highland Road**

**Macedonia, OH 44056**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is: $26,564.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Brennan Heating & Cooling, Inc.**

**David J. Masciarelli**

**1550 East 33rd St**

**Cleveland, OH 44114**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is: $3,484.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Builder's Materials Drivers Un'n Lcl 436**

**6051 Carey Dr**

**Valley View, OH 44125-4259**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is: $1,600,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |

**3.21** Nonpriority creditor's name and mailing address

**CAJ Properties**

**Anthony J. Cifani**

**8100 Grand Avenue**

**Cleveland, OH 44104**

Date or dates debt was incurred   **All**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **Contribution claims**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.22** Nonpriority creditor's name and mailing address

**Carmeuse Americas**

**11 Stanwix Street**

**Pittsburgh, PA 15222**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$312,652.91

---

**3.23** Nonpriority creditor's name and mailing address

**Carolina Sunrock LLC**

**200 Horizon Drive Suite 100**

**Raleigh, NC 27615**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,020.99

---

**3.24** Nonpriority creditor's name and mailing address

**Caterpillar Financial Svcs Corp**

**Corporation Service Company**

**1160 Dublin Rd Ste 400**

**Columbus, OH 43215-1052**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,435.24

## Part 2:   Additional Page

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,186.50 |
|------|---|---|---|

**Cermele & Wood**

**100 Willett Ave**

**Port Chester, NY 10573-4232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,626.18 |
|------|---|---|---|

**Charter Communications dba Spectrum**

**Corporation Service Company**

**1160 Dublin Road Suite 400**

**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,714.81 |
|------|---|---|---|

**Chemsafe International**

**1 Zenex Cir**

**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,013.54 |
|------|---|---|---|

**Cleveland Mack Sales**

**4847 Johnston Pkwy**

**Cleveland, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |

---

**3.29**   Nonpriority creditor's name and mailing address

**Command Alkon Incorporated**

**Corporation Service Company**

**1160 Dublin Road Suite 400**

**Columbus, OH 43215**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,206.58

---

**3.30**   Nonpriority creditor's name and mailing address

**Concrete Machinery Corporation\***

**702 Leclair St**

**Cedar Falls, IA 50613**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,366.87

---

**3.31**   Nonpriority creditor's name and mailing address

**Con-Tech Manufacturing, Inc.**

**38134 Western Pkwy**

**Willoughby, OH 44094**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,514.35

---

**3.32**   Nonpriority creditor's name and mailing address

**Cuyahoga County Common Pleas Ct**

**Attn Court Costs and Fees**

**1200 Ontario St Fl 1**

**Cleveland, OH 44113-1615**

Date or dates debt was incurred   8/27/25

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 40 of 106

| Part 2: | Additional Page |
|---|---|

**3.33** Nonpriority creditor's name and mailing address

**Defender Auto Glass, LLC**

**Carmen J. Paterniti**

**7590 Tyler Boulevard**

**Mentor, OH 44060**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　　__ __ __ __

As of the petition filing date, the claim is:　　**$676.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**Digital Fleet (same as Command Alkon?)**

**Corporation Service Company**

**1160 Dublin Road Suite 400**

**Columbus, OH 43215**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　　__ __ __ __

As of the petition filing date, the claim is:　　**$3,302.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Dubois Chemicals, Inc.**

**FBT Ohio, Inc.**

**301 E 4th St Ste 3300**

**Cincinnati, OH 45202-4257**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　　__ __ __ __

As of the petition filing date, the claim is:　　**$4,168.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Dun & Bradstreet**

**5335 Gate Pkwy**

**Jacksonville, FL 32256**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　　__ __ __ __

As of the petition filing date, the claim is:　　**$1,823.26**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

26-10413-jps　　Doc 1　　FILED 02/02/26　　ENTERED 02/02/26 17:07:26　　Page 41 of 106

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.37** | Nonpriority creditor's name and mailing address<br><br>**E5 Incorporated**<br><br>**1718 Pleasant Street**<br><br>**Noblesville, IN 46060**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$10,020.00** |
| **3.38** | Nonpriority creditor's name and mailing address<br><br>**ECO Material Technologies**<br><br>**10701 S. River Front Parkway Suite 300**<br><br>**South Jordan, UT 84095**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$6,000.00** |
| **3.39** | Nonpriority creditor's name and mailing address<br><br>**ECS Midwest, LLC**<br><br>**Registered Agents Inc**<br><br>**6545 Market Ave N Suite 100**<br><br>**Canton, OH 44721**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$4,596.45** |
| **3.40** | Nonpriority creditor's name and mailing address<br><br>**Fabrizi Recycling, Inc.**<br><br>**Maria Fearer**<br><br>**20389 First Avenue**<br><br>**Middleburg Heights, OH 44130**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$115.00** |

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 42 of 106

| Part 2: | Additional Page |
| --- | --- |

---

**3.41** Nonpriority creditor's name and mailing address

**Frontier Tank Center, Inc.**

**James S. Hollabaugh**

**3800 Congress Pky**

**Richfield, OH 44286**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$788.31

---

**3.42** Nonpriority creditor's name and mailing address

**Geauga Highway Co.**

**John Bojec**
**9215 State Route 303**

**Windham, OH 44288**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.43** Nonpriority creditor's name and mailing address

**Great Lakes Petroleum Co.**

**Jeffrey Platko**

**4500 Renaissance Pkwy**

**Cleveland, OH 44128**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.44** Nonpriority creditor's name and mailing address

**Henderson, Schmidlin & McGarry**

**David B. Henderson**

**840 Brainard Rd**

**Highland Hgts, OH 44143-3106**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,366.45

---

| Part 2: | Additional Page |
| --- | --- |

**3.45** Nonpriority creditor's name and mailing address

**Herc Rentals, Inc.**

**CT Corporation System**

**4400 Easton Commons Way Suite 125**

**Columbus, OH 43219**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$75,730.83

---

**3.46** Nonpriority creditor's name and mailing address

**Holcim (US) Inc.**

**8700 West Bryn Mawr Avenue Suite 300N**

**Chicago, IL 60631**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$2,300,000.00

---

**3.47** Nonpriority creditor's name and mailing address

**Houston Legal Counsel**

**23209 Miles Rd Ste 120c**

**Cleveland, OH 44128-5465**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset?
☒ No
☐ Yes

$7,560.00

---

**3.48** Nonpriority creditor's name and mailing address

**Iconium Networks LLC**

**Matthew Hutter**

**9763 Burton Drive**

**Twinsburg, OH 44087**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

unknown

**Part 2:** Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,961.36 |

**Independence Cement, LLC**

**Domenic Gangale**

**PO Box 311009**

**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,207.50 |

**Interstate Towing & Transp Spc'lst**

**John Trgo**

**1191 Highland Rd E**

**Macedonia, OH 44056-2305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,528.75 |

**J. Ross Express Towing & Recovery, Inc.**

**Gary N. Lash Jr.**

**3160 E. 79th Street**

**Cleveland, OH 44104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.38 |

**J.J. Keller & Associates, Inc.**

**CT Corporation System**

**4400 Easton Commons Way Suite 125**

**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 45 of 106

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**J.J.J. Properties, LLC**

**John Allega**

**5146 Allega Way**

**Richfield, OH 44286**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.54** Nonpriority creditor's name and mailing address

**Jakes Electric Inc.**

**Amy L. Scott**

**8433 Hoy Road**

**Fredericksburg, OH 44627**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,167.00

---

**3.55** Nonpriority creditor's name and mailing address

**Jan-Pro of Greater Cleveland**

**25906 Emery Rd.**

**Cleveland, OH 44128**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$841.25

---

**3.56** Nonpriority creditor's name and mailing address

**Jorns & Associates LLC**

**Regisgtered Agents Inc.**

**6545 Market Ave N Suite 100**

**North Canton, OH 44721**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **??**

Is the claim subject to offset?
☑ No
☐ Yes

$131,127.05

---

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 46 of 106

| Part 2: | Additional Page |
|---|---|

---

**3.57** Nonpriority creditor's name and mailing address

**Kafka Granite LLC**

**550 East Hwy WI-153**

_____

**Mosinee, WI 54455**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,503.78

---

**3.58** Nonpriority creditor's name and mailing address

**Kufner Towing**

**DKJR Enterprises, LLC**

**3775 Ridge Rd**

**Cleveland, OH 44114**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,500.00

---

**3.59** Nonpriority creditor's name and mailing address

**Lakeside Sand & Gravel, Inc.**

**Larry Kotkowski**

**3498 Frost Rd**

**Mantua, OH 44255**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.60** Nonpriority creditor's name and mailing address

**Lakewood Supply Co.**

**Derrick Sanders**

**4901 West 150th Street**

**Cleveland, OH 44135**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,792.41

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.61** Nonpriority creditor's name and mailing address

**Lorain County Common Pleas**

**attn Court cost and Fees**

**225 Court St Rm 107**

**Elyria, OH 44035-5512**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.62** Nonpriority creditor's name and mailing address

**Maingate Business Dev'mnt Corp**

**Joseph A. Carey**

**2695 E 55th St**

**Cleveland, OH 44104-2752**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$700.00 _____

---

**3.63** Nonpriority creditor's name and mailing address

**Mark Perkins**

**7509 Rollingbrook Trl**

**Solon, OH 44139-5155**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Contribution Claims**

Is the claim subject to offset?
☑ No
☐ Yes

$89,694.00 _____

---

**3.64** Nonpriority creditor's name and mailing address

**Marnic Construction Co., Inc.**

**c/o Mark Perkins**

**30675 Solon Rd Ste 101**

**Solon, OH 44139-3479**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Contribution claims**

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 48 of 106

**Part 2:** Additional Page

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $179,349.90 |

**Master Builders Solut'ns Admixtures US**

**CT Corporation System**

**4400 Easton Cmns Ste 125**

**Columbus, OH 43219-6223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,488.00 |

**McCarthy Lebit**

**MLCL Statutory Agent, Inc.**

**1111 Superior Ave. East Suite 2700**

**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $415.14 |

**McMaster-Carr Supply Co.**

**200 Aurora Industrial Pkwy**

**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |

**McTech Corp.**

**Mark Perkins**

**7509 Rollingbrook Trl**

**Solon, OH 44139-5155**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Contribution claims**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 49 of 106

**Part 2:** Additional Page

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,140.02 |
|---|---|---|---|

**3.69**

Nonpriority creditor's name and mailing address

Melinz Rebar Holdings, LLC

Patricia A. Knezevic

7307 Eagle Mills Road

Waite Hill, OH 44094

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,140.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70**

Nonpriority creditor's name and mailing address

Melissa Haslage Trucking LLC

Melissa Haslage

2241 E. 29th Street

Lorain, OH 44055

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $77,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71**

Nonpriority creditor's name and mailing address

Metropolis Consulting, LLC

S&K Statutory Agent Services, Inc.

3475 Ridgewood Road

Akron, OH 44333

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72**

Nonpriority creditor's name and mailing address

Millenium Consulting Group, Inc.

425 Augustus Dr

Highland Hgts, OH 44143-3673

Date or dates debt was incurred    Yes

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $29,909.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |

---

**3.73** | Nonpriority creditor's name and mailing address

**Millers Towing Inc.**

**Linda Miller**

**208 Waterloo Rd.**

**Akron, OH 44319**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,475.29

---

**3.74** | Nonpriority creditor's name and mailing address

**Minute Men, Inc.**

**dba Minute Men Staffing Services**

**3740 Carnegie Ave**

**Cleveland, OH 44115-2755**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$77,000.00

---

**3.75** | Nonpriority creditor's name and mailing address

**Murphy Tractor & Equipment Co.**

**CT Corporation System**

**4400 Easton Commons Way Suite 125**

**Columbus, OH 43219**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$674.78

---

**3.76** | Nonpriority creditor's name and mailing address

**NAJ Trucking, Inc.**

**TDD Service, Inc.**

**100 Seventh Ave Suite 150**

**Chardon, OH 44024**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$42,821.03

---

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 51 of 106

| Part 2: | Additional Page |
|---------|-----------------|

**3.77** Nonpriority creditor's name and mailing address

**Ohio Bulk Transfer, Inc.**

**3203 Harvard Ave**

**Newburgh Hts, OH 44105-3065**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Equipment Storage**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.78** Nonpriority creditor's name and mailing address

**Ohio Machinery Co. dba Ohio CAT**

**3993 E Royalton Rd**

**Broadview Hts, OH 44147**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,462.80**

---

**3.79** Nonpriority creditor's name and mailing address

**Ohio Ready Mixed Concrete Assn**

**dba Ohio Concrete**

**2600 Corporate Exchange Dr Ste 165**

**Columbus, OH 43231-1671**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,730.00**

---

**3.80** Nonpriority creditor's name and mailing address

**OneSource Parts**

**200 Ladish Rd**

**Cynthiana, KY 41031**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,409.66**

**Part 2:** Additional Page

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.46 |
|---|---|---|---|

**Orlo Napa Wadsworth**

**1320 High St**

**Wadsworth, OH 44281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$408.46

---

| 3.82 | Nonpriority creditor's name and mailing address | | unknown |
|---|---|---|---|

**Ottawa County Common Pleas**

**Attn Court Costs**

**315 Madison St Ste 106**

**Port Clinton, OH 43452-1943**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred  08/25/2025

Basis for the claim:  **Court Costs and Fees**

Last 4 digits of account number __ 5  2  9

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | | $7,045.00 |
|---|---|---|---|

**Premier Truck Parts, Inc.**

**5800 W Canal Rd**

**Cleveland, OH 44125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | | $4,961.79 |
|---|---|---|---|

**R&R Truck Sales, Inc.**

**Daniel Ralich**

**1650 E. Waterloo Rd**

**Akron, OH 44306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,551.80 |

**Reco Equipment, Inc.**

**Joshua A. Gasber**

**50985 National Rd Suite 2**

**St. Clairsville, OH 43950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,165.67 |

**Rexcon**

**2841 Whiting Rd**

**Burlington, WI 53105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $584.75 |

**Richs Towing and Services, Inc.**

**20531 First Ave**

**Cleveland, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |

**SCT Operations, Inc.**

**Adam Pretty**

**41 S High St Suite 1200**

**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**  Additional Page

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $30,523.68 |

**Separation Technologies, LLC**

**Corporation Service Company**

**1160 Dublin Road Suite 400**

**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $2,500.00 |

**Signarama**

**18200 S Miles Rd**

**Cleveland, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,928.70 |

**Sika**

**23463 Commerce Park Rd**

**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,728.88 |

**Summit Testing & Inspection**

**John Malivuk**

**910 Whiye Pond Dr**

**Akron, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**Part 2:**  Additional Page

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,559.86
*Check all that apply.*

**Sunbelt Rentals**

☐ Contingent
**CT Corporation System**
☐ Unliquidated
☐ Disputed
**4400 Easton Commons Way Suite 125**

**Columbus, OH 43219**
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,106.73
*Check all that apply.*

**Sutton Industrial Hardware Limited**

☐ Contingent
**Kevin Burke**
☐ Unliquidated
☐ Disputed
**2155 St Clair Ave**

**Cleveland, OH 44114**
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.09
*Check all that apply.*

**T&T Drehs Inc. dba Pirtek Valley View**

☐ Contingent
**32902 Meadow Creek Oval**
☐ Unliquidated
☐ Disputed
**North Ridgeville, OH 44039**

**Basis for the claim:** _____

Date or dates debt was incurred _____
**Is the claim subject to offset?**
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,707.29
*Check all that apply.*

**The Chas. E. Phipps Company**

☐ Contingent
**David S Thomas**
☐ Unliquidated
☐ Disputed
**4560 Willow Parkway**

**Cleveland, OH 44125**
**Basis for the claim:** _____

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

**3.97**

**Nonpriority creditor's name and mailing address**

The Euclid Chemical Co

The Prentice-Hall Corp System

1160 Dublin Rd Ste 400

Columbus, OH 43215-1052

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$61,974.73

---

**3.98**

**Nonpriority creditor's name and mailing address**

The Goodyear Tire & Rubber Co.

Corporation Service Company

1160 Dublin Road Suite 400

Columbus, OH 43215

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,042.49

---

**3.99**

**Nonpriority creditor's name and mailing address**

The Tomlin Corporation

Robert M. Dippel Jr.

1684 Edgefiled Rd

Lyndhurst, OH 44124

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$632.65

---

**3.100**

**Nonpriority creditor's name and mailing address**

TMG Services, Inc.

34305 Solon Rd Ste 40

Solon, OH 44139-2660

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contribution claims

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,700.00**

**TNT Horticultural Professional**

4967 E Muggy Rd

Port Clinton, OH 43452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$183.11**

**Triad Technologies LLC**

Corporation Service Company

1160 Dublin Road Suite 400

Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,558.40**

**UBGreensfelder**

1660 West 2nd Street Suite 1100

Cleveland, OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,560.52**

**United Rentals, Inc.**

Corporation Service Company

1160 Dublin Road Suite 400

Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

## Part 2: Additional Page

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,315.50 |

**3.105** Nonpriority creditor's name and mailing address

**Vasu Communications, Inc.**

**Alan L Vasu**

**2400 Ridgeland Dr**

**Avon, OH 44011**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,315.50

---

**3.106** Nonpriority creditor's name and mailing address

**Venezia Hauling, Inc.**

**Po Box 909**

**Royersford, PA 19468-8025**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,372.99

---

**3.107** Nonpriority creditor's name and mailing address

**Willow Supply Inc.**

**A. Richard Valore**

**6116 West Creek Rd**

**Independence, OH 44131**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$495.30

---

**3.108** Nonpriority creditor's name and mailing address

**Ziegler Tire & supply Co.**

**Courtney Ziegler**

**4150 Millennium Blvd SE**

**Massillon, OH 44646**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,975.08

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Cuyahoga County Prosecutor**<br>**General Civil Division**<br>**1200 Ontario St Fl 8**<br>**Cleveland, OH 44113-1658** | Line **3.32**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Lorain County Prosecutor**<br>**Civil Division**<br>**225 Court St Fl 3**<br>**Elyria, OH 44035-5512** | Line **3.61**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Ottawa County Prosecutor**<br>**Attn Civil**<br>**315 Madison St Ste 205**<br>**Port Clinton, OH 43452-1942** | Line **3.82**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **ROBERT EDELSTEIN**<br>**20600 Chagrin Blvd Ste 400**<br>**Beachwood, OH 44122-5340** | Line **3.106**<br>☐ Not listed. Explain _____ | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$110,800.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$6,271,965.37** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$6,382,765.37** |

26-10413-jps   Doc 1   FILED 02/02/26   ENTERED 02/02/26 17:07:26   Page 61 of 106

Debtor name **Tech Ready Mix, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Ohio**

(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name **Tech Ready Mix, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Ohio**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**   **CAJ Properties** | **8100 Grand Avenue** <br> Street <br> **Anthony J. Cifani** <br><br> **Cleveland, OH 44104** <br> City     State     ZIP Code | **Travelers Casualty and Surety** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2**   **Mark Perkins** | **7509 Rollingbrook Trl** <br> Street <br><br> **Solon, OH 44139-5155** <br> City     State     ZIP Code | **BMT Capital Group, Inc. (MCA)** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **DashAdvance LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Fox Funding Group LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **US Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Skyline Business Capital LLC (MCA)** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Travelers Casualty and Surety** | ☑ D <br> ☐ E/F <br> ☐ G |

| | Additional Page if Debtor Has More Codebtors |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | **Marnic Construction Co., Inc.** | **30675 Solon Rd Ste 101** <br> Street <br> **c/o Mark Perkins** <br> **Solon, OH 44139-3479** <br> City    State    ZIP Code | **BMT Capital Group, Inc. (MCA)** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | **McTech Corp.** | **7509 Rollingbrook Trl** <br> Street <br> **Mark Perkins** <br> **Solon, OH 44139-5155** <br> City    State    ZIP Code | **BMT Capital Group, Inc. (MCA)** <br><br> **Travelers Casualty and Surety** | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 | **Perk Company, Inc.** | **3470 Carnegie Ave. Suite 301** <br> Street <br> **Bldg. A** <br> **Cleveland, OH 44115** <br> City    State    ZIP Code | **Travelers Casualty and Surety** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | **TMG Services, Inc.** | **34305 Solon Rd Ste 40** <br> Street <br> **CALABRESE & ASSOCIATES, LLC** <br> **Solon, OH 44139-2660** <br> City    State    ZIP Code | **BMT Capital Group, Inc. (MCA)** | ☑ D <br> ☐ E/F <br> ☐ G |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*........................................................................................................

$1,500,000.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*......................................................................................................

$4,250,280.27

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*.......................................................................................................

$5,750,280.27

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$4,659,052.02

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

$110,800.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

+    $6,271,965.37

4. **Total liabilities**.............................................................................................................................

Lines 2 + 3a + 3b

$11,041,817.39

Debtor name    **Tech Ready Mix, Inc.**

United States Bankruptcy Court for the:

   **Northern District of Ohio**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | $0.00 |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | $0.00 |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $19,403,488.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|-----------------------------------------------------------|

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|-----------------------------|-------|----------------------|--------------------------------------------------------|
| 3.1. **MICO-TWO, Inc.**<br>Creditor's name<br>**1161 Clay St**<br>Street<br><br>**Jefferson, OH 44047-9705**<br>City          State      ZIP Code | **01/13/2026**<br><br>**12/23/2025**<br><br>**12/18/2025** | **$35,550.00** | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>☑ Services<br>❑ Other _____ |
| 3.2. **Ohio Bulk Transfer, Inc.**<br>Creditor's name<br>**3203 Harvard Ave**<br>Street<br><br>**Newburgh Hts, OH 44105-3065**<br>City          State      ZIP Code | **12/18/2025**<br><br>**01/13/2026** | **$18,000.00** | ❑ Secured debt<br>❑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.3. **Houston Legal Counsel**<br>Creditor's name<br>**50 E Washington St**<br>Street<br><br>**Chagrin Falls, OH 44022-3032**<br>City          State      ZIP Code | **12/29/2025**<br><br>**01/06/2026**<br><br>**01/27/2026** | **$64,520.00** | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>☑ Services<br>❑ Other _____ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|----------------------------|-------|----------------------|--------------------------------|
|                            |       |                      |                                |

| Debtor | **Tech Ready Mix, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

4.1.
| **Mark Perkins** | _____ | $109,210.00 | **Wages and Loans See attached List** |
|---|---|---|---|
| Creditor's name | | | |

**7509 Rollingbrook Trl**
Street

_____

**Solon, OH 44139-5155**
City           State    ZIP Code

| Relationship to debtor |
|---|

**President**

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Trans-Lease, Inc** | **See attached Report** | **05/08/2025** | **$1,500,000.00** |
| Creditor's name | | | |
| **2639 Underhill Rd** | | | |
| Street | | | |
| | | | |
| **Ottawa Hills, OH 43615-2335** | | | |
| City  State  ZIP Code | | | |

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| | XXXX–__ __ __ __ | | |
| Street | | | |
| | | | |
| City  State  ZIP Code | | | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | PERK COMPANY INC vs. TECH READY MIX INC | Breach of Contract | Cuyahoga Court of Common Pleas <br> Name <br> 1200 Ontario St Fl 1 <br> Street <br> Attn Court Costs and Fees <br> Cleveland, OH 44113-1615 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | | |
| | CV-25-123021 | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | VENEZIA HAULING, INC. vs. TECH READY MIX, INC | Breach of Contract | Cuyahoga County Common Pleas Ct <br> Name <br> 1200 Ontario St Fl 1 <br> Street <br> Attn Court Costs and Fees <br> Cleveland, OH 44113-1615 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | | |
| | CV-24-103878 | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | LAKEWOOD SUPPLY COMPANY vs. TECH READY MIX, INC., ET AL. | Collection | Cuyahoga County Common Pleas Ct <br> Name <br> 1200 Ontario St Fl 1 <br> Street <br> Attn Court Costs and Fees <br> Cleveland, OH 44113-1615 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | | |
| | CV-24-101843 | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | EQUIFY FINANCIAL LLC vs. TECH READY MIX INC ET AL | Breach of Contract | Cuyahoga County Common Pleas Ct <br> Name <br> 1200 Ontario St Fl 1 <br> Street <br> Attn Court Costs and Fees <br> Cleveland, OH 44113-1615 <br> City                State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | CV-25-118357 | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | AUXILIOR CAPITAL PARTNERS, INC vs. TECH READY MIX, INC ET AL | REPLEVIN | Cuyahoga County Common Pleas Ct <br> Name <br> 1200 Ontario St Fl 1 <br> Street <br> Attn Court Costs and Fees <br> Cleveland, OH 44113-1615 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | | |
| | CV-25-114450 | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | SHERRAN HUNT vs. GERALD K. THAMES, ET AL. | TORT | Cuyahoga County Common Pleas Ct <br> Name <br> 1200 Ontario St Fl 1 <br> Street <br> Attn Court Costs and Fees <br> Cleveland, OH 44113-1615 <br> City                State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | | |
| | CV-25-120435 | | | |

**7.7.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **HERC RENTALS, INC. vs. TECH READY MIX, INC.** | **Commercial Docket** | **Cuyahoga County Common Pleas Ct** <br> Name <br> **1200 Ontario St Fl 1** <br> Street <br> **Attn Court Costs and Fees** <br> **Cleveland, OH 44113-1615** <br> City　　　　State　　ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** | | | |
| **CV-25-113808** | | | |

**7.8.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **ALLEGIANCE CAPITAL LLC vs. TECH READY MIX INC ET AL** | **REPLEVIN** | **Cuyahoga County Common Pleas Ct** <br> Name <br> **1200 Ontario St Fl 1** <br> Street <br> **Attn Court Costs and Fees** <br> **Cleveland, OH 44113-1615** <br> City　　　　State　　ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** | | | |
| **CV-25-114525** | | | |

**7.9.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **BLUE BRIDGE FINANCIAL INC vs. TECH READY MIX, INC ET AL** | **REPLEVIN** | **Cuyahoga County Common Pleas Ct** <br> Name <br> **1200 Ontario St Fl 1** <br> Street <br> **Attn Court Costs and Fees** <br> **Cleveland, OH 44113-1615** <br> City　　　　State　　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** | | | |
| **CV-25-118293** | | | |

**7.10.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **TTR TURF CONTROL, LLC vs. TECH READY MIX, INC.** | **COMMERCIAL DOCKET** | **Cuyahoga County Common Pleas Ct** <br> Name <br> **1200 Ontario St Fl 1** <br> Street <br> **Attn Court Costs and Fees** <br> **Cleveland, OH 44113-1615** <br> City　　　　State　　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** | | | |
| **CV-24-101111** | | | |

**7.11.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **FOX FUNDING GROUP LLC vs. TECH READY MIX, INC., ET AL** | **Collection** | **Cuyahoga County Common Pleas Ct** <br> Name <br> **1200 Ontario St Fl 1** <br> Street <br> **Attn Court Costs and Fees** <br> **Cleveland, OH 44113-1615** <br> City　　　　State　　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** | | | |
| **CV-24-108275** | | | |

**7.12.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **PERK COMPANY, INC. vs. MAHDI, NAYYIR A.** | **Foreclosure** | **Ottawa County Common Pleas** <br> Name <br> **315 Madison St Ste 106** <br> Street <br> **Attn Court Costs** <br> **Port Clinton, OH 43452-1943** <br> City　　　　State　　ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** | | | |
| **2025-CV-E 529** | | | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **BMT Capital Group, Inc. v. Tech Ready Mix, Inc., et al** | **MCA** | **Monroe County Supreme & County Court** <br> Name <br> **99 Exchange Blvd Rm 545 Fl 5** <br> Street <br> **Court Costs and Fees** <br> **Rochester, NY 14614-2127** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Board of Trustees of Building Material Drivers Local 436 Pension Fund Plan v. McTech Corp, et al.,** | **Pension Collection** | **United States District Ct NDOH** <br> Name <br> **801 West Superior Ave** <br> Street <br> **Court Costs and Fees** <br> **Cleveland, OH 44113** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **1:2025cv00341** | | | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Holcim (US) Inc. v. Tech Ready Mix, Inc.** | **Collection** | **United States District Ct NDOH** <br> Name <br> **801 West Superior Ave** <br> Street <br> **Court Costs and Fees** <br> **Cleveland, OH 44113** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **1:24-cv-01966** | | | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Melissa Haslage Trucking, LLC v. Tech Ready Mix., Inc.** | **Collection** | **Lorain County Common Pleas** <br> Name <br> **225 Court St Rm 107** <br> Street <br> **attn Court cost and Fees** <br> **Elyria, OH 44035-5512** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **24 CV 212820** | | | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Melissa Haslage Trucking, LLC v. Tech Ready Mix., Inc.** | **Judgment Lien Filing** | **Cuyahoga County Common Pleas Ct** <br> Name <br> **1200 Ontario St Fl 1** <br> Street <br> **Attn Court Costs and Fees** <br> **Cleveland, OH 44113-1615** <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> **JL-24-233200** | | | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Separation Technologies, LLC v. Tech Ready Mix,** | **collection** | **Cuyahoga County Common Pleas Ct** <br> Name <br> **1200 Ontario St Fl 1** <br> Street <br> **Attn Court Costs and Fees** <br> **Cleveland, OH 44113-1615** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **CV-25-123236** | | | |

| Debtor | **Tech Ready Mix, Inc.** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**7.19.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Skyline Business Capital LLC v. Tech Ready Mix, et al.** | **MCA** | **Monroe County Supreme & County Court** | ☑ Pending |
| | | Name | ☐ On appeal |
| | | **99 Exchange Blvd Rm 545 Fl 5** | ☐ Concluded |
| | | Street | |
| **Case number** | | **Court Costs and Fees** | |
| | | **Rochester, NY 14614-2127** | |
| _____ | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| _____ | **Case title** | **Court name and address** |
| Street | _____ | |
| _____ | | Name |
| _____ | **Case number** | Street |
| City          State     ZIP Code | _____ | _____ |
| | **Date of order or assignment** | City          State     ZIP Code |
| | _____ | |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **7**

| Debtor | **Tech Ready Mix, Inc.** | | Case number *(if known)* |
|--------|--------------------------|--|--------------------------|
| | Name | | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Frederic P. Schwieg Attorney at Law** | **Retainer and Filing Fee** | **10/27/2025** | **$50,000.00** |
| | Address | | | |
| | **19885 Detroit Rd #239** | | | |
| | Street | | | |
| | _____ | | | |
| | **Rocky River, OH 44116** | | | |
| | City          State     ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | Trustee | | | |
| | _____ | | | |

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page 8

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❏ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **See attached list** | | | **(Unknown)** |

| Address | |
|---|---|
| | |
| Street | |
| | |
| City | State   ZIP Code |

| Relationship to debtor |
|---|
| |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| | |
| City    State   ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ _____ City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 75 of 106

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **Ohio Bulk Transfer** | | ~~See equipment list~~ | ☐ No |
| | Name | | | ☑ Yes |
| | **3203 Harvard Ave** | | | |
| | Street | | | |
| | | Address | | |
| | **Newburgh Hts, OH 44105-3065** | | | |
| | City   State   ZIP Code | | | |

---

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

---

**Part 12: Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- ▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

26-10413-jps    Doc 1    FILED 02/02/26    ENTERED 02/02/26 17:07:26    Page 76 of 106

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | _____ | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | Tech Ready Mix, Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City  State  ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **The Cuilla Group**<br>Name<br>**6364 Pearl Rd # 4**<br>Street<br><br>**Cleveland, OH 44130-3063**<br>City  State  ZIP Code | From **01/01/2024** To **01/16/2026** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City  State  ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **Mark Perkins**<br>Name<br>**7509 Rollingbrook Trl**<br>Street<br><br>**Solon, OH 44139-5155**<br>City  State  ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1.

Name

Street

City      State      ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City      State      ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Mark Perkins** | **7509 Rollingbrook Trl Solon, OH 44139-5155** | **President, Common Stock** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From |
| | | | To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **Mark Perkins**
Name

**7509 Rollingbrook Trl**
Street

**Solon, OH 44139-5155**
City                    State        ZIP Code

Wages and Loans See attached List (in rightmost column)

| Relationship to debtor |
|---|

**President**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Local 436 Pension Fund** | EIN: 3 4 – 6 6 6 5 2 2 5 |
| **Tech Ready Mix 401(k) Plan Capital Group American Funds** | EIN: 1 1 – 1 1 1 1 1 1 1 |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/02/2026**
               MM/ DD/ YYYY

**X** **/s/ Mark Perkins**                    Printed name            **Mark Perkins**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**TECH READY MIX - MARK PERKINS PAYMENTS**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01.01.2025 -02.08.2025 | Payroll Wages | $28,210.00 |
| | Allegiance Loan Reimbursement | $25,000.00 |
| 09.16.2025 | Back Payroll Wages | $15,000.00 |
| 10.29.2025 | Payroll Wages | $2,000.00 |
| 11.07.2025 | Payroll Wages | $2,000.00 |
| 11.17.2025 | Allegiance Loan Reimbursement | $10,000.00 |
| 11.21.2025 | Payroll Wages | $2,000.00 |
| 11.28.2025 | Payroll Wages | $2,000.00 |
| 12.05.2025 | Payroll Wages | $2,000.00 |
| 12.19.2025 | Payroll Wages | $4,000.00 |
| 12.19.2025 | Allegiance Loan Reimbursement | $11,000.00 |
| 12.26.2025 | Payroll Wages | $2,000.00 |
| 01.05.2026 | Payroll Wages | $2,000.00 |
| 01.12.2026 | Payroll Wages | $2,000.00 |

**TECH READY MIX**

**Repossessed by Translease/Nosan Trucking**

| Truck # | Year / Make | VIN | Plate # | Mixer Mfg. | Mixer s/n | Lender | Approx. Value |
|---------|-------------|-----|---------|------------|-----------|--------|---------------|
| 159 | 2021 Mack | 1M2GR2GC4MM020794 | PNB 1977 | Contech | 110HZ2009788 | Trans Lease 001* | 150,000 |
| 161 | 2021 Mack | 1M2GR2GC2MM021457 | PNB 1979 | Contech | 110HZ2009790 | Trans Lease 002 | 150,000 |
| 162 | 2021 Mack | 1M2GR2GC5MM020772 | PNB 1980 | Contech | 110HP2110218 | Trans Lease 003 | 150,000 |
| 163 | 2022 Mack | 1M2GR2GC4NM030131 | PNB 1981 | Contech | 110HP2111809 | Trans Lease 004 | 150,000 |
| 164 | 2022 Mack | 1M2GR2GC0NM028229 | PNB 1982 | Contech | 110HP2111807 | Trans Lease 005 | 150,000 |
| 165 | 2022 Mack | 1M2GR2GC9NM028228 | PNB 1983 | Contech | 110HP2111806 | Trans Lease 005 | 150,000 |
| 167 | 2022 Mack | 1M2GR2GC2NM030130 | PBN 1985 | Contech | 110HP2111808 | Trans Lease 004 | 150,000 |
| 158 | 2021 Mack | 1M2GR2GC4MM020777 | PNB 1976 | Contech | 110HZ2009787 | Trans Lease 001 | 150,000 |
| 166 | 2022 Mack | 1M2GR2GCNM030132 | PNB 1984 | Contech | 110HP2111810 | Trans Lease 004 | 150,000 |
| 160 | 2021 Mack | 1M2GR2GC1MM021207 | PNB 1978 | Contech | 110HZ2009789 | Trans Lease 002 | 150,000 |

1,500,000

Translease sold the loans to Nosan Trucking after the repossession.

**TECH READY MIX - TRANSFERS - December 11, 2024 through Present**

| Date | Description | Amount of Sale | Notes |
|------|-------------|----------------|-------|
| 05.22.2025 | 7016 E. Sunview Dr, Lakeside Marblehead, Ohio 43440, PPN 014-11402-15267-012 | 0 | Transfer of poperty via Quitclaim Deed to Nayyir Mahdi (Brother-in-law of Mark Perkins). The property was tranferred back to Tech Ready Mix via QC Deed on 11.25.2025 |
| 09.10.2025 | 2022 International mixer - VIN 3HTEMTZT4NN553261 | 130,000.00 | Secured Party Sale - Alliance Prime Associates. $30,000 of sale proceeds distributed to Alliance Prime Associates per agreement |
| 10.06.2025 | 2019 Mack Granite mixer - VIN 1M2GR2GC6KM003654 | 85,000.00 | |
| 12.10.2025 | Hitachi ZW310 Wheel Loader Serial Number 90C6532 | $100,000.00 | Secured Party Sale - Alliance Prime Associates |
| 12.10.2025 | Kawasaki 95Z7 | $90,000.00 | |
| 12.31.2025 | John Deere 844J Wheel Loader - L21367 | $30,000.00 | |
| 12.31.2025 | Kawasaki 90Z7B Serial No. 90C6-5067 | $30,000.00 | |

Fill in this information to identify the case:

Debtor name      **Tech Ready Mix, Inc.**

United States Bankruptcy Court for the:

     **Northern District of Ohio**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Holcim (US) Inc. 8700 West Bryn Mawr Avenue Suite 300N Chicago, IL 60631 | | | | | | $2,300,000.00 |
| 2 | Builder's Materials Drivers Un'n Lcl 436 6051 Carey Dr Valley View, OH 44125-4259 | | | | | | $1,600,000.00 |
| 3 | Argos 410 Oberlin Ave, SW Massillon Massillon, OH 44647 | | | | | | $628,000.00 |
| 4 | Carmeuse Americas 11 Stanwix Street Pittsburgh, PA 15222 | | | | | | $312,652.91 |
| 5 | Master Builders Solut'ns Admixtures US CT Corporation System 4400 Easton Cmns Ste 125 Columbus, OH 43219-6223 | | | | | | $179,349.90 |
| 6 | Jorns & Associates LLC Regisgtered Agents Inc. 6545 Market Ave N Suite 100 North Canton, OH 44721 | | ?? | | | | $131,127.05 |
| 7 | Ascentium Corporation Service Company 1160 Dublin Road Suite 400 Columbus, OH 43215 | | | | | | $93,103.00 |
| 8 | Equify Financial LLC 777 Main Street Suite 3900 Fort Worth, TX 76102-0000 | | Security Interest | | $428,294.76 | $336,000.00 | $92,294.76 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Melissa Haslage Trucking LLC<br><br>Melissa Haslage<br>2241 E. 29th Street<br>Lorain, OH 44055 | | | | | | $77,000.00 |
| 10   Minute Men, Inc.<br><br>dba Minute Men Staffing Services<br>3740 Carnegie Ave<br>Cleveland, OH 44115-2755 | | | | | | $77,000.00 |
| 11   Herc Rentals, Inc.<br><br>CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 | | | | | | $75,730.83 |
| 12   Sunbelt Rentals<br><br>CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 | | | | | | $75,559.86 |
| 13   The Euclid Chemical Co<br><br>The Prentice-Hall Corp System<br>1160 Dublin Rd Ste 400<br>Columbus, OH 43215-1052 | | | | | | $61,974.73 |
| 14   Priority Capital / Blue Bridge Financial<br><br>Two Fountain Square<br>11921 Freedom Drive Suite 1130<br>Reston, VA 20190 | | | | $258,000.00 | $209,000.00 | $49,000.00 |
| 15   NAJ Trucking, Inc.<br><br>TDD Service, Inc.<br>100 Seventh Ave Suite 150<br>Chardon, OH 44024 | | | | | | $42,821.03 |
| 16   UBGreensfelder<br><br>1660 West 2nd Street Suite 1100<br>Cleveland, OH 44113 | | | | | | $33,558.40 |
| 17   Separation Technologies, LLC<br><br>Corporation Service Company<br>1160 Dublin Road Suite 400<br>Columbus, OH 43215 | | | | | | $30,523.68 |
| 18   Millenium Consulting Group, Inc.<br><br>425 Augustus Dr<br>Highland Hgts, OH 44143-3673 | | | | | | $29,909.17 |
| 19   Jakes Electric Inc.<br><br>Amy L. Scott<br>8433 Hoy Road<br>Fredericksburg, OH 44627 | | | | | | $27,167.00 |
| 20   BEI Supply and Rental<br><br>Kubicki Enterprises, Inc.<br>536 East Highland Road<br>Macedonia, OH 44056 | | | | | | $26,564.77 |

# United States Bankruptcy Court
## Northern District of Ohio

**In re**     Tech Ready Mix, Inc.

Case No. _____

**Debtor**                        Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐  **FLAT FEE**

    For legal services, I have agreed to accept ........................................................................ _____

    Prior to the filing of this statement I have received ............................................................... _____

    Balance Due ......................................................................................................................... _____

    ☑  **RETAINER**

    For legal services, I have agreed to accept and received a retainer of ..................................... **$50,000.00**

    The undersigned shall bill against the retainer at an hourly rate of .......................................... **$370.00**

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d.     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

     e.     Representation in all matters in this case

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/02/2026** | **/s/ Frederic P Schwieg** |
| *Date* | Frederic P Schwieg |
| | *Signature of Attorney* |
| | Bar Number: 0030418 |
| | Frederic P. Schwieg Attorney at Law |
| | 19885 Detroit Rd #239 |
| | Rocky River, OH 44116 |
| | Phone: (440) 499-4506 |
| | **Frederic P. Schwieg Attorney at Law** |
| | *Name of law firm* |

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**CLEVELAND DIVISION**

IN RE: **Tech Ready Mix, Inc.**                                          CASE NO

                                                                          CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**02/02/2026**___          Signature _____**/s/ Mark Perkins**_____
                                                                 Mark Perkins, President

ABC Rental
6514 Pearl Rd
Cleveland, OH 44130


Abel Truck Parts
6900 Granger Road
Independence, OH 44131


Accolade
Northwest Registered Agent Service, Inc.
6545 Market Ave N Suite 100
North Canton, OH 44721


Action Door
201 Granger Rd
Brooklyn Heights, OH 44131


ADMAR Construction
Equipment
National Registered Agents, Inc.
4400 Easton Commons Way Suite 125
Columbus, OH 43219

Air Rite Service Supply, Inc.
1290 West 117th
Lakewood, OH 44107


Airgas USA, LLC
CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219


Alliance Prime Associates,
Inc.
200 Park Ave Suite 400
Beachwood, OH 44122

American Center for Economic Equality
3715 Warrensville Center Rd Apt 520
Shaker Hts, OH 44122-6371

American Express
CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219

APO Pumps & Compressors, Inc.
CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219

Argos
410 Oberlin Ave, SW Massillon
Massillon, OH 44647

Arms Trucking Co.
14818 Mayfield Rd
Huntsburg, OH 44046

Ascentium
Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215

Attorney General of the United States
Main Justice Building
10th & Constitution Avenue, N.W.
Washington, DC 20530

Attorney General of the United States
US Dept of Justice Tax Div
Po Box 55
Washington, DC 20044-0055

August Mack Environmental
Brandon Lewis
7830 North Central Drive Suite B
Lewis Center, OH 43035


Barrier One Concrete
Admixtures
640 Garden Commerce Pkwy
Winter Garden, FL 34787


Batch Plant Equipment LTD
18195 Ringgold Sourther Rd
Circleville, OH 43113


Bayside Comfort, Inc.
Neil McKown
10 Mansfield Ave.
Shelby, OH 44875


BEI Supply and Rental
Kubicki Enterprises, Inc.
536 East Highland Road
Macedonia, OH 44056


BMT Capital Group, Inc.
(MCA)
492 Cedar Lane Suite 535
Teaneck, NJ 07666


Brennan Heating & Cooling,
Inc.
David J. Masciarelli
1550 East 33rd St
Cleveland, OH 44114


Builder's Materials Drivers
Un'n Lcl 436
6051 Carey Dr
Valley View, OH 44125-4259

CAJ Properties
Anthony J. Cifani
8100 Grand Avenue
Cleveland, OH 44104


Carmeuse Americas
11 Stanwix Street
Pittsburgh, PA 15222


Carolina Sunrock LLC
200 Horizon Drive Suite 100
Raleigh, NC 27615


Caterpillar Financial Svcs Corp
Corporation Service Company
1160 Dublin Rd Ste 400
Columbus, OH 43215-1052


Cermele & Wood
100 Willett Ave
Port Chester, NY 10573-4232


Charter Communications dba
Spectrum
Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215

Chemsafe International
1 Zenex Cir
Bedford, OH 44146


Cleveland Mack Sales
4847 Johnston Pkwy
Cleveland, OH 44128

## Command Alkon Incorporated

Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215

## Concrete Machinery Corporation*

702 Leclair St
Cedar Falls, IA 50613

## Con-Tech Manufacturing, Inc.

38134 Western Pkwy
Willoughby, OH 44094

## Cuyahoga County Common Pleas Ct

Attn Court Costs and Fees
1200 Ontario St Fl 1
Cleveland, OH 44113-1615

## Cuyahoga County Prosecutor

General Civil Division
1200 Ontario St Fl 8
Cleveland, OH 44113-1658

## DashAdvance LLC

1274 49th St Pmb 665
Brooklyn, NY 11219-3011

## Defender Auto Glass, LLC

Carmen J. Paterniti
7590 Tyler Boulevard
Mentor, OH 44060

## Digital Fleet (same as Command Alkon?)

Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215

## Dubois Chemicals, Inc.

FBT Ohio, Inc.
301 E 4th St Ste 3300
Cincinnati, OH 45202-4257

## Dun & Bradstreet

5335 Gate Pkwy
Jacksonville, FL 32256

## E5 Incorporated

1718 Pleasant Street
Noblesville, IN 46060

## ECO Material Technologies

10701 S. River Front Parkway Suite 300
South Jordan, UT 84095

## ECS Midwest, LLC

Registered Agents Inc
6545 Market Ave N Suite 100
Canton, OH 44721

## Equify Financial LLC

777 Main Street Suite 3900
Fort Worth, TX 76102-0000

## Fabrizi Recycling, Inc.

Maria Fearer
20389 First Avenue
Middleburg Heights, OH 44130

## First Citizens Bank (CIT Bank, N.A.)

10201 Centurion Parkway N . #100
Jacksonville, FL 32256

Fox Funding Group LLC
803 South 21st Avenue
Hollywood, FL 33020

Frontier Tank Center, Inc.
James S. Hollabaugh
3800 Congress Pky
Richfield, OH 44286

Geauga Highway Co.
John Bojec
9215 State Route 303
Windham, OH 44288

Great Lakes Petroleum Co.
Jeffrey Platko
4500 Renaissance Pkwy
Cleveland, OH 44128

Henderson, Schmidlin &
McGarry
David B. Henderson
840 Brainard Rd
Highland Hgts, OH 44143-3106

Herc Rentals, Inc.
CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219

Holcim (US) Inc.
8700 West Bryn Mawr Avenue Suite 300N
Chicago, IL 60631

Houston Legal Counsel
23209 Miles Rd Ste 120c
Cleveland, OH 44128-5465

## Iconium Networks LLC

Matthew Hutter
9763 Burton Drive
Twinsburg, OH 44087

## Independence Cement, LLC

Domenic Gangale
PO Box 311009
Independence, OH 44131

## Internal Revenue Service

PO Box 7346
Philadelphia, PA 19101-7346

## Interstate Towing & Transp Spc'lst

John Trgo
1191 Highland Rd E
Macedonia, OH 44056-2305

## J. Ross Express Towing & Recovery, Inc.

Gary N. Lash Jr.
3160 E. 79th Street
Cleveland, OH 44104

## J.J. Keller & Associates, Inc.

CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219

## J.J.J. Properties, LLC

John Allega
5146 Allega Way
Richfield, OH 44286

## Jakes Electric Inc.

Amy L. Scott
8433 Hoy Road
Fredericksburg, OH 44627

Jan-Pro of Greater Cleveland
25906 Emery Rd.
Cleveland, OH 44128


Jorns & Associates LLC
Regisgtered Agents Inc.
6545 Market Ave N Suite 100
North Canton, OH 44721


Kafka Granite LLC
550 East Hwy WI-153
Mosinee, WI 54455


Kufner Towing
DKJR Enterprises, LLC
3775 Ridge Rd
Cleveland, OH 44114


Lakeside Sand & Gravel, Inc.
Larry Kotkowski
3498 Frost Rd
Mantua, OH 44255


Lakewood Supply Co.
Derrick Sanders
4901 West 150th Street
Cleveland, OH 44135


Lorain County Common Pleas
attn Court cost and Fees
225 Court St Rm 107
Elyria, OH 44035-5512


Lorain County Prosecutor
Civil Division
225 Court St Fl 3
Elyria, OH 44035-5512

Maingate Business Dev'mnt
Corp
Joseph A. Carey
2695 E 55th St
Cleveland, OH 44104-2752

Mark Perkins
7509 Rollingbrook Trl
Solon, OH 44139-5155

Marnic Construction Co., Inc.
c/o Mark Perkins
30675 Solon Rd Ste 101
Solon, OH 44139-3479

Master Builders Solut'ns
Admixtures US
CT Corporation System
4400 Easton Cmns Ste 125
Columbus, OH 43219-6223

McCarthy Lebit
MLCL Statutory Agent, Inc.
1111 Superior Ave. East Suite 2700
Cleveland, OH 44114

McMaster-Carr Supply Co.
200 Aurora Industrial Pkwy
Aurora, OH 44202

McTech Corp.
Mark Perkins
7509 Rollingbrook Trl
Solon, OH 44139-5155

Melinz Rebar Holdings, LLC
Patricia A. Knezevic
7307 Eagle Mills Road
Waite Hill, OH 44094

## Melissa Haslage Trucking LLC
Melissa Haslage
2241 E. 29th Street
Lorain, OH 44055


## Metropolis Consulting, LLC
S&K Statutory Agent Services, Inc.
3475 Ridgewood Road
Akron, OH 44333


## Millenium Consulting Group, Inc.
425 Augustus Dr
Highland Hgts, OH 44143-3673


## Millers Towing Inc.
Linda Miller
208 Waterloo Rd.
Akron, OH 44319


## Minute Men, Inc.
dba Minute Men Staffing Services
3740 Carnegie Ave
Cleveland, OH 44115-2755


## Murphy Tractor & Equipment Co.
CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219


## NAJ Trucking, Inc.
TDD Service, Inc.
100 Seventh Ave Suite 150
Chardon, OH 44024


## Office of the United States Attorney
Attn: Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852

**Ohio Attorney General**
Collection Enforcement Attn: Bankruptcy
30 E Broad St Fl 14
Columbus, OH 43215-3414

**Ohio Bulk Transfer, Inc.**
3203 Harvard Ave
Newburgh Hts, OH 44105-3065

**Ohio Department of Taxation**
Attn: Bankruptcy Division
Po Box 530
Columbus, OH 43216-0530

**Ohio Machinery Co. dba Ohio CAT**
3993 E Royalton Rd
Broadview Hts, OH 44147

**Ohio Ready Mixed Concrete Assn**
dba Ohio Concrete
2600 Corporate Exchange Dr Ste 165
Columbus, OH 43231-1671

**OneSource Parts**
200 Ladish Rd
Cynthiana, KY 41031

**Orlo Napa Wadsworth**
1320 High St
Wadsworth, OH 44281

**Ottawa County Common Pleas**
Attn Court Costs
315 Madison St Ste 106
Port Clinton, OH 43452-1943

Ottawa County Prosecutor
Attn Civil
315 Madison St Ste 205
Port Clinton, OH 43452-1942


Ottawa County Treasurer
315 Madison St #201
Port Clinton, OH 43452


Perk Company, Inc.
Bldg. A
3470 Carnegie Ave. Suite 301
Cleveland, OH 44115


Premier Truck Parts, Inc.
5800 W Canal Rd
Cleveland, OH 44125


Priority Capital / Blue Bridge
Financial
Two Fountain Square
11921 Freedom Drive Suite 1130
Reston, VA 20190

R&R Truck Sales, Inc.
Daniel Ralich
1650 E. Waterloo Rd
Akron, OH 44306


Reco Equipment, Inc.
Joshua A. Gasber
50985 National Rd Suite 2
St. Clairsville, OH 43950


Rexcon
2841 Whiting Rd
Burlington, WI 53105

Richs Towing and Services,
Inc.
20531 First Ave
Cleveland, OH 44130


ROBERT EDELSTEIN, ESQ
20600 Chagrin Blvd Ste 400
Beachwood, OH 44122-5340


SCT Operations, Inc.
Adam Pretty
41 S High St Suite 1200
Columbus, OH 43215


Separation Technologies, LLC
Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215


Signarama
18200 S Miles Rd
Cleveland, OH 44128


Sika
23463 Commerce Park Rd
Beachwood, OH 44122


Skyline Business Capital LLC
(MCA)
Law Off. of Florence Zabokritsky
10202 Metropolitan Ave Ste 2
Forest Hills, NY 11375-6700

Small Business
Administration
District Counsel
1350 Euclid Ave Ste 211
Cleveland, OH 44115-1815

**Summit Testing & Inspection**
John Malivuk
910 Whiye Pond Dr
Akron, OH 44320

**Sunbelt Rentals**
CT Corporation System
4400 Easton Commons Way Suite 125
Columbus, OH 43219

**Sutton Industrial Hardware Limited**
Kevin Burke
2155 St Clair Ave
Cleveland, OH 44114

**T&T Drehs Inc. dba Pirtek Valley View**
32902 Meadow Creek Oval
North Ridgeville, OH 44039

**The Chas. E. Phipps Company**
David S Thomas
4560 Willow Parkway
Cleveland, OH 44125

**The Euclid Chemical Co**
The Prentice-Hall Corp System
1160 Dublin Rd Ste 400
Columbus, OH 43215-1052

**The Goodyear Tire & Rubber Co.**
Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215

**The Tomlin Corporation**
Robert M. Dippel Jr.
1684 Edgefiled Rd
Lyndhurst, OH 44124

TMG Services, Inc.
34305 Solon Rd Ste 40
Solon, OH 44139-2660

TMG Services, Inc.
CALABRESE & ASSOCIATES, LLC
34305 Solon Rd Ste 40
Solon, OH 44139-2660

TNT Horticultural Professional
4967 E Muggy Rd
Port Clinton, OH 43452

Travelers Casualty and Surety
Chief Legal Officer
1 Tower Sq
Hartford, CT 06183-0001

Triad Technologies LLC
Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215

UBGreensfelder
1660 West 2nd Street Suite 1100
Cleveland, OH 44113

United Rentals, Inc.
Corporation Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215

US Small Business
Administration
2 North 20th Street Suite 320
Birmingham, AL 35203

**Vasu Communications, Inc.**
Alan L Vasu
2400 Ridgeland Dr
Avon, OH 44011


**Venezia Hauling, Inc.**
Po Box 909
Royersford, PA 19468-8025


**Willow Supply Inc.**
A. Richard Valore
6116 West Creek Rd
Independence, OH 44131


**Ziegler Tire & supply Co.**
Courtney Ziegler
4150 Millennium Blvd SE
Massillon, OH 44646