| | |
|---|---|
| IN RE TECH READY MIX, INC.. <br> *Debtor* | CASE NO. 26-10413 <br> JUDGE PRICE SMITH <br> CHAPTER 11 |

## RESPONSE OF TECH READY MIX, INC. TO RESPONSE OF THE UNITED STATES TRUSTEE TO MOTION OF TECH READY MIX, INC. TO EMPLOY MICHAEL HOUSTON, ESQ. ATTORNEY AT LAW AS SPECIAL COUNSEL

Tech Ready Mix, Inc., as both the debtor and debtor-in-possession ("Debtor"), replies the Response of the United States Trustee to Motion of Tech Ready Mix, Inc. to Employ Michael Houston, Esq. Attorney at Law as Special Counsel [Doc. 21] ("UST" and "Response").

1. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(a) and 1334(b), and General Order 2012-7 of the United States District Court for the Northern District of Ohio. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

2. In his Response the UST argues "… the Motion to Employ does not provide enough information to determine that the proposed services to be rendered are for a 'specified special purpose' and that the Applicant does not hold an interest adverse to the estate with respect to the matter on which the Applicant is sought to be retained as a result of receiving potential preference payments."

3. Attached as Exhibit A is an itemized listing of the matters that Mr. Houston has and will continue to represent the Debtor in this case. Mr. Houston breadth of knowledge of the Debtor's affairs is essential to the successful reorganization of the Debtor.

4. The Debtor is not releasing Mr. Houston from any potential preference claim, although it does not believe a preference claim would be successful, in part because the majority of the funds paid to Mr. Houston in the 90-day prefence period were the proceeds of vehicle sales that were subject to a security interest held by Alliance Prime Associates, Inc., and paid to

Mr. Houston with Alliance's full knowledge and consent.

THEREFORE, the Debtor respectfully requests that this Court enter an order authorizing the retention of Michael Houston as special counsel to Debtor to perform the services necessary for the effective administration of the estate.

Respectfully submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd. 3239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com
Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on March 6, 2026 that a copy of the foregoing Response was served **electronically** Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List::
Anthony J. DeGirolamo on behalf of Creditor C.A.J. Properties Inc.
Anthony J. DeGirolamo on behalf of Creditor Nosan Trucking LLC
Anthony J. DeGirolamo on behalf of Creditor Perk Company Inc.
Anthony J. DeGirolamo on behalf of Creditor Anthony Cifani

Milos Gvozdenovic on behalf of Creditor First Citizens Bank & Trust Company
mgvozdenovic@weltman.com, ecfndoh@weltman.com

Joseph D. Mando on behalf of Creditor Building Material Drivers Local 436 Pension Fund
mando@fhplaw.com, linda@fhplaw.com

Frederic P. Schwieg on behalf of Debtor Tech Ready Mix, Inc.
fschwieg@schwieglaw.com

Jonathan Sobel on behalf of Creditor Building Material Drivers Local 436 Pension Fund
sobel@fhplaw.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Department of Taxation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Amy Good ust08 on behalf of U.S. Trustee United States Trustee
amy.l.good@usdoj.gov

/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq.

**Tech Ready Mix, Inc. Case# 26-10413-jps**

Tech Ready Mix, Inc. Special Counsel Matters - Represented by  Michael R. Houston, Esq.

| Party | Description of Claim/Matter | Amount of Claim | Notes |
|---|---|---|---|
| | | | |
| Nosan Trucking | Breach of Contract, Conspiracy, Fraud, Civil Theft | $500,000 plus punitive damages and attorneys fees | Mr Houston has been handling this matter for the Debtor since March 2025 when the issue first arose, researching relevant issues and attempting resolution. |
| C.A.J. Companies, Inc. | Replevin, Conspiracy, Fraud, Civil Theft | $500,000 plus punitive damages and attorneys fees | Mr Houston has been handling this matter for the Debtor since March 2025 when the issue first arose, researching relevant issues and attempting resolution. |
| Anthony Cifani | Breach of Contract, Conspiracy, Fraud, Civil Theft | $500,000 plus punitive damages and attorneys fees | Mr Houston has been handling this matter for the Debtor since March 2025 when the issue first arose, researching relevant issues and attempting resolution. |
| Trans Lease, Inc. | Conspiracy, Fraud, Civil Theft | TBD | Mr Houston has been handling this  matter for the Debtor since late 2024 and it ties into the claims against Nosan Trucking, CAJ Companies and Anthony Cifani. |
| Iconium Networks, LLC | Claim for Breach of Contract, Conversion, Fraud, Conspiracy and for recovery of digital domain ownership | Over $25,000.00 | IT company refusing to turn over control of domains owned by the company related to company website and email.  Mr. Houston has previously anaylzed this matter and is familiar with the factual background. |
| Calabrese & Associates | Malpractice, Breach of Fiduciary Duty | Over $25,000.00 | |
| Melissa Haslage Trucking | Disputed Satisfaction of Judgment | N/A | Consent Judgment was given on 06.26.2024.  Tech Ready Mix has filed motion to compel satisfaction of judgment.  Motions pending in Lorain County Court of Common Pleas.  Mr. Houston has worked with the counsel of record in this case ands was responsible for the strategy and most of the reserach and drafting in this matter. |
| Forli Construction Holdings, LLC | In the event claim is made regarding stock ownership, Debtor will have claim for: Declaratory Judgment Action to Confirm Void of Subscription Agreement for stock acquisition | N/A | Mr. Houston has been investigating and researching this matter since December 2024 and is familiar with the facts and legal issues presented which are unique and its affect on the Debtor. |
| J.J.J. Properties, LLC | Replevin | N/A | Mr. Houston has dealt with this issue since March 2025 and has been monitoring the situation in hope of a resolution on behalf of the Debtor. |
| Cleveland Concrete Construction, Inc. | Breach of Contract, Unjust Enrichment. | $667,505.97 | Litigation dismissed without prejudice by Tech Ready Mix, Inc. on 08.21.2025. Mr. Houston was attorney of record for the Debtor in this matter at the time of the voluntary dismissal. |
| McCune Company LLC | Judgment | $20,733.69 | Default Judgment on 08.09.2024 |
| Artcrete LTD | Breach of Contract, Unjust Enrichment. | $10,644.74 | Dismissed without prejudice 02.21.2025 |
| Karvo Companies, Inc. dba Karvo Paving Company | Breach of Contract, Unjust Enrichment. | $43,308.63 | Dismissed without prejudice 04.17.2024 |
| N/A | Working in conjunction with Allianace Prime Associates to secure financing and equipment | | Mr. Houston has worked with Alliance Prime on behalf of the Debtor regarding outstanding debt owed by Debtor. |
| TBD | Legal services related to resumption of operations by Tech Ready Mix, Inc., including but not limited to supplier agreements, employee issues, project agreements, union issues, certification matters and potential joint venture relationships. | | Mr. Houston is familiar with Debtor's business operations prior to the suspension of operations and can efficiently assist Debtor in the legal aspects of Debtors resumption of operations and ongoing day-to-day business. |
| Various | Providing information to Bankruptcy Counsel re outstanding creditor claims in relation to Reorganization plan | | Mr. Houston has been immersed in the issues rrelated to the various creditor claims made against Debtor and has worked on those issues since August 2024. |
| Various | Collection efforts related to outstanding receivables owed to Debtor in addtion to matters listed above. | | Mr. Houston is familiar with Debtor's accounts receivable and issues related to various collection issues |



EXHIBIT

A